PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MISTY ANDREWS, | ) | |
| | ) | CASE NO. 5:25-cv-2536 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

On October 15, 2026, the assigned magistrate judge issued a Report and Recommendation (ECF No. 10) recommending that the Court affirm the Commissioner's final decision denying Plaintiff's Disability Insurance Benefits.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.

In the instant case, objections to the Report and Recommendation were due by October 29, 2026. Neither party has timely filed objections, nor requested an extension of time to do so. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Accordingly, the Court adopts the Report and Recommendation (ECF No. 10).

IT IS SO ORDERED.

October 30, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge